```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 06 B 14702
   JERMAINE HOWARD
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-7699

--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/09/2006 and was confirmed 01/03/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.33%.

     The case was dismissed after confirmation 07/25/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------------
AMERICREDIT                SECURED VEHIC   14667.38         434.39         1222.03
CHYRSLER FINANCIAL         SECURED NOT I  NOT FILED            .00             .00
CREDITORS INTERCHANGE      NOTICE ONLY    NOT FILED            .00             .00
STATE COLLECTION SERVICE   PRIORITY       NOT FILED            .00             .00
INTERNAL REVENUE SERVICE   PRIORITY        4892.27             .00             .00
D PATRICK MULLARKEY        NOTICE ONLY    NOT FILED            .00             .00
DISTRICT COUNSEL           NOTICE ONLY    NOT FILED            .00             .00
UNITED STATES ATTORNEY     NOTICE ONLY    NOT FILED            .00             .00
INTERNAL REVENUE SERVICE   PRIORITY       NOT FILED            .00             .00
D PATRICK MULLARKEY        NOTICE ONLY    NOT FILED            .00             .00
DISTRICT COUNSEL           NOTICE ONLY    NOT FILED            .00             .00
UNITED STATES ATTORNEY     NOTICE ONLY    NOT FILED            .00             .00
INTERNAL REVENUE SERVICE   PRIORITY       NOT FILED            .00             .00
D PATRICK MULLARKEY        NOTICE ONLY    NOT FILED            .00             .00
DISTRICT COUNSEL           NOTICE ONLY    NOT FILED            .00             .00
UNITED STATES ATTORNEY     NOTICE ONLY    NOT FILED            .00             .00
INTERNAL REVENUE SERVICE   PRIORITY       NOT FILED            .00             .00
D PATRICK MULLARKEY        NOTICE ONLY    NOT FILED            .00             .00
DISTRICT COUNSEL           NOTICE ONLY    NOT FILED            .00             .00
UNITED STATES ATTORNEY     NOTICE ONLY    NOT FILED            .00             .00
ILLINOIS DEPT OF REVENUE   PRIORITY       NOT FILED            .00             .00
CITY OF CHICAGO PARKING    UNSECURED       2470.00             .00             .00
JEFFERSON CAPITAL SYSTEM   UNSECURED       1119.48             .00             .00
FIRST NATIONAL BANK OF M   UNSECURED      NOT FILED            .00             .00
KIRLIN ASSOCIATES          NOTICE ONLY    NOT FILED            .00             .00
PARAGON PARKWAY            UNSECURED        609.74             .00             .00
TIFFANY VAN ROSS           NOTICE ONLY    NOT FILED            .00             .00
ASSET ACCEPTANCE LLC       UNSECURED        676.35             .00             .00
ASSET ACCEPTANCE LLC       UNSECURED       1356.25             .00             .00
INTERNAL REVENUE SERVICE   UNSECURED       7878.60             .00             .00
ASSET ACCEPTANCE LLC       UNSECURED        110.57             .00             .00
AMERICREDIT                UNSECURED      NOT FILED            .00             .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 06 B 14702 JERMAINE HOWARD
```

```
AT & T WIRELESS            UNSECURED          371.50              .00             .00
B-LINE LLC                 UNSECURED          608.75              .00             .00
INTERNAL REVENUE SERVICE   PRIORITY              .00              .00             .00
INTERNAL REVENUE SERVICE   UNSECURED             .00              .00             .00
ILLINOIS DEPT OF REVENUE   PRIORITY          3072.56              .00             .00
ILLINOIS DEPT OF REVENUE   UNSECURED           18.30              .00             .00
TIMOTHY K LIOU             DEBTOR ATTY      2,509.20                              .00
TOM VAUGHN                 TRUSTEE                                              98.82
DEBTOR REFUND              REFUND                                                 .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   1,755.24

PRIORITY                                               .00
SECURED                                           1,222.03
    INTEREST                                        434.39
UNSECURED                                              .00
ADMINISTRATIVE                                         .00
TRUSTEE COMPENSATION                                 98.82
DEBTOR REFUND                                          .00
                         ---------------     ---------------
TOTALS                    1,755.24                1,755.24
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 10/22/07               _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE